## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BORIS SIDOW )<br>)<br>) | Case No. 1:24-cr-00492-BAH<br><br>Judge Beryl A. Howell |

## MOTION FOR RETURN OF PASSPORT

The Defendant, BORIS SIDOW, through undersigned counsel, respectfully moves the Court to order the Clerk of Court to return his U.S. Passport. Mr. Sidow requests that the Clerk of Court mail the passport to the office of his undersigned attorney, Dan Eckhart.

Respectfully submitted,

/s/ *Dan Eckhart*
DAN ECKHART, Esq.
FL Bar No. 488674
200 E. Robinson St., Ste. 1150
Orlando, FL. 32801
dan@daneckhartlaw.com
(407) 276-0500

/s/ *David Bigney*
DAVID BIGNEY, Esq.
FL Bar No: 132454
1270 Orange Avenue, Ste. E
Winter Park, Florida, 32789
dbigney@bigneylaw.com
(407) 425-6068

### CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties listed on the Electronic Case Filing (ECF) System.

By:   /s/ *Dan Eckhart*          /s/ *David Bigney*
       DAN ECKHART               DAVID BIGNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **Case No. 1:24-cr-00492-BAH-1** |
| ) | |
| **v.** ) | |
| ) | |
| **BORIS SIDOW** ) | |
| ) | |

**ORDER**

Upon consideration of the Defendant's MOTION

it is hereby **ORDERED:**

that the Clerk of Court mail Mr. Boris Sidow's U.S. Passport to Attorney Dan Eckhart, 200 East Robinson St., Ste. 1150, Orlando, FL. 32801.

**SO ORDERED**

_____          _____
**DATE**                                                             **HONORABLE BERYL A. HOWELL**
                                                                              **UNITED STATES DISTRICT JUDGE**